UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>ANDREA J. CAMPBELL, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendant-Appellee | Case No. 25-1262 |

**DEFENDANT-APPELLEE'S ASSENTED-TO MOTION FOR**
**30-DAY EXTENSION OF TIME TO FILE PRINCIPAL BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b), the Defendant-Appellee Attorney General Andrea Joy Campbell respectfully requests a 30-day extension of time to file her principal appellate brief, through and including September 17, 2025. As grounds for this Motion, the Defendant-Appellee states as follows:

1. Currently, the Defendant-Appellee's principal brief is due by August 18, 2025.

2. Due to the volume and complexity of the record in this appeal, as well as time constraints imposed by other obligations, counsel for the Defendant-Appellee require an extension of time to complete the principal brief.

3. Specifically, undersigned counsel for the Defendant-Appellee have multiple professional commitments in the period leading up to and immediately following the current deadline, including: preparing for, and conducting, a weeklong jury trial to be held beginning on August 4, 2025 in *Yalowchuk v. Commonwealth*, No. 1982CV01197 (Norfolk Superior Court); responsive pleadings due July 21, 2025 in *Farrell v. Department of Family &*

*Medical Leave*, No. 2584CV00365 (Suffolk Superior Court), and *Farrell v. Department of Family & Medical Leave*, No. 2554CV0069 (Dedham District Court); discovery and summary judgment motion practice in *Friedman v. Division of Admin. Law Appeals & Bureau of Special Educ. Appeals*, No. 2284CV020261 (Suffolk Superior Court); ongoing settlement negotiations in *Hurley & Hurley Electric LLC v. Board of State Examiners of Electricians*, No. SJ-2024-0286 (Supreme Judicial Court for Suffolk County); a dispositive motion hearing on August 12, 2024 in *Mitchell v. Firearms Licensing Review Board*, No. 2483CV00457 (Plymouth Superior Court); as well as various supervisory and managerial obligations.

4. An additional 30 days for Defendant-Appellee's brief will allow for full briefing on the issues on appeal, will assist the Court, and will not prejudice any party.
5. This is the first enlargement of time requested by Defendant-Appellee.
6. Plaintiff-Appellant was granted three extensions of time, totaling 67 days, to file its principal appellate brief.
7. Counsel for the Defendant-Appellee conferred with counsel for the Plaintiff-Appellant regarding this motion. Counsel for the Plaintiff-Appellant assents to the requested 30-day extension.

For the foregoing reasons, the Defendant-Appellee respectfully requests that the Court grant a 30-day extension of time to file her principal brief in the above-captioned matter, extending the deadline for her principal appellate brief through and including September 17, 2025.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By her attorneys,

*/s/ Christine Fimognari*
Eric A. Haskell, BBO No. 665533
Christine Fimognari, BBO No. 703410
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2855
(617) 963-2206
Eric.haskell@mass.gov
Christine.fimognari@mass.gov

Date: August 4, 2025

## CERTIFICATE OF SERVICE

I certify that this document, filed through the CM/ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

*/s/ Christine Fimognari*
Christine Fimognari
Assistant Attorney General

Date: August 4, 2025